Submitted on appellant's brief December 20, 1971, affirmed January 6, petition for rehearing denied February 2, petition for review denied March 31, 1972

STATE OF OREGON, *Respondent,* v. WILLIAM CHARLES TAYLOR (No. 71591), *Appellant.*

491 P2d 1032

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).